**Frances Kirsch, appellee, v. City of Harvey, appellant. Gen. No. 26,235.**

Action for damages for personal injuries received upon a defective plank sidewalk. Verdict for plaintiff and judgment thereon after remittitur. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 21, 1921.

Louis H. Geiman and James L. Bynum, for appellant. Ernest Messner, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**George M. Marks, appellant, v. J. Manning Roberts, appellee. Gen. No. 26,309.**

Action of replevin for possession of an automobile under a lien for repairs. Judgment against plaintiff because of noncompliance with the Garage Keeper's Lien Act and writ of *retorno habendo* issued. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 21, 1921.

Stedman, Soelke & Johnson, for appellant. Bulkley, More & Tallmadge, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**In re Estate of Emanuel S. Heyman, deceased. Cora Heyman, executrix, plaintiff in error, v. Leon Hartman, defendant in error. Gen. No. 25,906.**

Claim against an estate in probate court. Claim allowed. Appeal to circuit court and judgment for claimant upon a directed verdict. Error to the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed December 21, 1921.

Newman, Poppenhusen, Stern & Johnston, for plaintiff in error; Jacob Newman, Edward R. Johnston and Ralph G. Crandall, of counsel. Felsenthal, Wilson, Struckmann & Berger, for defendant in error; A. R. Miller, of counsel.

Mr. Justice Taylor delivered the opinion of the court.